**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7055**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEREMY MICHAEL MONTGOMERY, a/k/a Mike,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge. (1:15-cr-00468-CCB-3)

Submitted: October 14, 2021                          Decided: October 19, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeremy Michael Montgomery, Appellant Pro Se. Harry Mason Gruber, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Michael Montgomery appeals from the district court's order denying his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. After reviewing the record, we conclude that the district court did not abuse its discretion in determining that the 18 U.S.C. § 3553(a) factors weighed against granting compassionate release in Montgomery's case. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (per curiam) (stating standard of review). Accordingly, we affirm the district court's order on this basis. *United States v. Montgomery*, No. 1:15-cr-00468-CCB-3 (D. Md. May 28, 2021). We grant Montgomery's motion for judicial notice and treat the motion as a supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*